IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DONALD RAY WHITE, | ) | |
| Petitioner, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv474-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

OPINION AND ORDER

This petition is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1631. Also before the court are petitioner's objections to the recommendation.*  After an independent and de novo review of the record, the court concludes that petitioner's objections should be overruled and the magistrate judge's recommendation

---

* Petitioner's objections were contained in a document labelled "Notice of Appeal" (doc. no. 6). However, a United States Magistrate Judge's recommendation is not directly appealable to the United States Court of Appeals.

adopted.

Accordingly, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 5) is adopted.

(2) This case is transferred to the United States District Court for the Northern District of Alabama.

(3) The pending motion is left for resolution by the transferee court.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 14th day of August, 2019.

                                        /s/ Myron H. Thompson  
                                        **UNITED STATES DISTRICT JUDGE**